UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA C. WHITLEY,

    Plaintiff,

v.

BILLY WOODS, *et al.*,

    Defendants.

Case No. 5:23-cv-684-JSM-PRL

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Pamela C. Whitley, Plaintiff;
- Scott L. Whitley, III, Decedent;
- Scott L. Whitley, Jr., Survivor;

- Margaret M. Whitley, Survivor;

- Slater Legal PLLC, Attorneys for Plaintiff;

    o  James M. Slater, Attorney for Plaintiff;

- Stewart Tilghman Fox Bianchi & Cain, P.A., Attorneys for Plaintiff;

    o  Michael E. Levine, Attorney for Plaintiff;

- Billy Woods, Sheriff of Marion County, Florida, Defendant;

- Captain Robert Andrew Walters, Defendant;

- Sergeant Ashleigh Snodgrass, Defendant;

- Arnault Canelle, Defendant;

- Jordon Ortega, Defendant;

- Carl Holmer, Defendant;

- Christopher Kirstensen, Defendant;

- Xavier McMiller, Defendant;

- Demontra Smith, Defendant; and

- Sa'Quan Wyman, Defendant.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Pamela C. Whitley, Plaintiff, on behalf of the Estate of Scott L. Whitley, III, and Mr. Whitley's survivors.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: November 27, 2023

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
Email: james@slater.legal

/s/ *Michael E. Levine*
Michael E. Levine (FBN 107363)
Stewart Tilghman Fox Bianchi & Cain, P.A.
One S.E. Third Avenue, Suite 3000
Miami, Florida 33131
mlevine@stfblaw.com

*Attorneys for Plaintiff*