UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA C. WHITLEY, as Personal Representative of the ESTATE OF SCOTT WHITLEY, III, on behalf of the ESTATE, and SCOTT L. WHITLEY, JR. and MARGARET M. WHITLEY, survivors,

    Plaintiff,

v.                                CASE NO. 5:23-cv-00684-JSM-PRL

BILLY WOODS, IN HIS OFFICIAL CAPACITY AS SHERIFF OF MARION COUNTY, FL, ET AL.,

    Defendants.
_____/

## NOTICE OF LEAD COUNSEL

    Pursuant to Local Rule 2.02(a), Gwendolyn P. Adkins of Coppins Monroe, P.A., gives notice of her designation as Lead Counsel in the above-styled action on behalf of Defendants. All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the undersigned.

Respectfully submitted this 27th day of December 2023.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 ׀ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), this document is being filed electronically with the court's electronic-filing system and service shall be through the Court's transmission facilities on all registered users.

*/s/ Gwendolyn P. Adkins*
Attorney

2