UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA C. WHITLEY, as Personal
Representative of the ESTATE OF
SCOTT WHITLEY, III, on behalf of the
ESTATE, and SCOTT L. WHITLEY,
JR. and MARGARET M. WHITLEY,
survivors,

    Plaintiff,

v.                                  CASE NO. 5:23-cv-00684-JSM-PRL

BILLY WOODS, in his official capacity
as SHERIFF OF MARION COUNTY,
FLORIDA, *et al.*,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant BILLY WOODS, in his official capacity as the Sheriff of Marion County, Florida, CHRISTPHER KRISTENSEN, XAVIER McMILLER, JORDON ORTEGA, DEMONTRA SMITH, ASHLEIGH SNODGRASS, ROBERT WALTERS, ARNAULT CANELLE, CARL HOLMER and SA'QUAN WYMAN; hereby makes the following disclosures:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**There is no such corporation.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.]

   **Jurisdiction in this action is not based on diversity of the parties.**

3. Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

   a. **Pamela C. Whitley, as Personal Representative of the Estate of Scott Whitley, III, on behalf of the Estate, and Scott L. Whitley, Jr. and Margaret M. Whitley, survivors, Plaintiffs**
   b. **Scott L. Whitley, III, decedent**
   c. **Scott L. Whitley, Jr., survivor**
   d. **Margaret M. Whitley, survivor**
   e. **James M. Slater, Counsel for Plaintiff**
   f. **Slater Legal PLLC, Counsel for Plaintiff**
   g. **Michael E. Levine, Counsel for Plaintiff**
   h. **Stewart Tilghman Fox Bianchi & Cain, P.A. Counsel for Plaintiff**
   i. **Billy Woods, in his official capacity as Sheriff of Marion County, Defendant**
   j. **Christopher Kristensen, Defendant**
   k. **Xavier McMiller, Defendant**
   l. **Jordon Ortega, Defendant**
   m. **Demontra Smith, Defendant**
   n. **Ashleigh Snodgrass, Defendant**
   o. **Robert Walters, Defendant**
   p. **Arnault Canelle, Defendant**
   q. **Carl Holmer, Defendant**
   r. **Sa'Quan Wyman, Defendant**
   s. **Coppins Monroe, P.A., Counsel for Defendants**
   t. **Gwendolyn P. Adkins, Esq., Counsel for Defendants**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None.**

6. Identify each person arguably eligible for restitution:

   a. **Pamela C. Whitley, Personal Representative of Estate of Scott L Whitley, III, Plaintiff**
   b. **Scott L. Whitley, Jr., Survivor**
   c. **Margaret M. Whitley, Survivor**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the District Judge or the Magistrate Judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this <u>11th</u> day of January 2024.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 ǀ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS
.

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ Gwendolyn P. Adkins*
Attorney