UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA C. WHITLEY,

    Plaintiff,

v.

BILLY WOODS, *et al.*,

    Defendants.

Case No. 5:23-cv-684-JSM-PRL

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff Pamela C. Whitley gives notice that he will be represented by James M. Slater of Slater Legal PLLC as lead counsel.

Dated: February 1, 2024.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff*