UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Pamela C. Whitley, as Personal Representative of the Estate of Scott Whitley, III, on behalf of the Estate, and Scott L. Whitley, Jr. and Margaret M. Whitley, survivors,

    Plaintiff,

v.

Billy Woods, in his official capacity as Sheriff of Marion County, Florida, *et al.*,

    Defendants.
_____/

CASE NO. 5:23-cv-00684-JSM-PRL

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT JUDGMENT BY DEFENDANT SHERIFF WOODS

Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P., Defendant Billy Woods, in his official capacity as Sheriff of Marion County, Florida, hereby gives notice that the Plaintiff Pamela C. Whitley, as Personal Representative of the Estate of Scott Whitley, III, on behalf of the Estate, and Scott L. Whitley, Jr. and Margaret M. Whitley, survivors has been served this date with a copy of Defendant's Proposal for Settlement dated February 8, 2024.

Respectfully submitted this 8th day of February 2024.



/s/ Nicholas A. Lecakes

Gwendolyn P. Adkins,
(FBN: 0949566)
Nicholas A. Lecakes,
(FBN: 104771)
gadkins@coppinsmonroe.com
nlecakes@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 ǀ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

Pursuant Rule 5(b)(3), Fed. R. Civ. P. this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

s/ Nicholas A. Lecakes
Attorney