UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Pamela C. Whitley, as Personal Representative of the Estate of Scott L. Whitley, III, on behalf of the Estate, and Scott L. Whitley, Jr. and Margaret M. Whitley, survivors,

    Plaintiff,

v.                                              CASE NO. 5:23-cv-00684-JSM-PRL

Billy Woods, in his official capacity as Sheriff of Marion County, Florida, *et al.*,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL DEFENDANTS

Pursuant to Rule 41, *Federal Rules of Civil Procedure*, Plaintiff and Defendants hereby stipulate to, and give notice of, Plaintiff's voluntarily dismissal with prejudice of Defendants Captain Robert Andrew Walters, Sergeant Ashleigh Snodgrass, Corporal Arnault Canelle, Corporal Jordon Ortega, Deputy Carl Holmer, Deputy Christopher Kristensen, Deputy Xavier McMiller, Deputy Demontra Smith, and Deputy Sa'Quan Wyman, in their individual capacities. Each party shall bear his or her own costs and fees.

Respectfully submitted this 11th day of June 2024.

| | |
|---|---|
| */s/ James M. Slater* | */s/ Gwendolyn P. Adkins* |
| James M. Slater, Esq. | Gwendolyn P. Adkins, |
| FBN: 11779 | FBN: 0949566 |
| Slater Legal PLLC | COPPINS MONROE, P.A. |
| 113 S. Monroe Street | 2316 Killearn Center Boulevard, Ste 202 |
| Tallahassee, FL 32301 | Tallahassee, Florida 32309 |
| james@slater.legal | Telephone: (850) 422-2420 |
| alicia@slater.legal | Facsimile: (850) 422-2730 |
| eservice@slaterlegal.com | gadkins@coppinsmonroe.com |
| | jclark@coppinsmonroe.com |
| | kwillis@coppinsmonroe.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS BILLY WOODS, as Sheriff of Marion County, Florida, and Captain Robert Andrew Walters, Sergeant Ashleigh Snodgrass, Corporal Arnault Canelle, Corporal Jordon Ortega, Deputy Carl Holmer, Deputy Christopher Kristensen, Deputy Xavier McMiller, Deputy Demontra Smith, and Deputy Sa'Quan Wyman, in their individual capacities |