UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA C. WHITLEY,

    Plaintiff,

v.   Case No: 5:23-cv-684-JSM-PRL

BILLY WOODS, ROBERT ANDREW WALTERS, ASHLEIGH SNODGRASS, ARNAULT CANELLE, JORDON ORTEGA, CARL HOLMER, CHRISTOPHER KRISTENSEN, XAVIER MCMILLER, DEMONTRA SMITH and SA'QUAN WYMAN,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal with Prejudice of Individual Defendants (Dkt. 19).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice as to Defendants Captain Robert Andrew Walters, Sergeant Ashleigh Snodgrass, Corporal Arnault Canelle, Corporal Jordon Ortega, Deputy Carl Holmer, Deputy Christopher Kristensen, Deputy Xavier McMiller, Deputy Demontra Smith, and Deputy Sa'Quan Wyman, each party to bear their own attorney's fees and costs.

2. The Clerk is directed to terminate Defendants Captain Robert Andrew Walters, Sergeant Ashleigh Snodgrass, Corporal Arnault Canelle, Corporal

    Jordon Ortega, Deputy Carl Holmer, Deputy Christopher Kristensen, Deputy Xavier McMiller, Deputy Demontra Smith, and Deputy Sa'Quan Wyman from this case.

3. This action remains pending as to Defendant Billy Woods, in his official capacity as Sheriff of Marion County, Florida.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of June, 2024.

            _____
            JAMES S. MOODY, JR.
            UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

2