UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Pamela C. Whitley, as Personal Representative of the Estate of Scott L. Whitley, III, on behalf of the Estate, and Scott L. Whitley, Jr. and Margaret M. Whitley, survivors,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. 5:23-cv-00684-JSM-PRL

Billy Woods, in his official capacity as Sheriff of Marion County, Florida, et al.

    Defendants.
_____/

## JOINT NOTICE OF RESOLUTION AND STIPULATION OF DISMISSAL WITH PREJUDICE OF SHERIFF WOODS

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Sheriff Woods notify the Court that they have reached a resolution of the pending claims and no further action is required by the Court or the Clerk. Accordingly, the parties stipulate to, and give notice of, Plaintiff's voluntary dismissal with prejudice of Sheriff Woods. Each party shall bear his or her own costs and fees.

Respectfully submitted this 20th day of June 2024.

| | |
|---|---|
| */s/ James M. Slater* | */s/ Gwendolyn P. Adkins* |
| James M. Slater, Esq. | Gwendolyn P. Adkins, |
| FBN: 111779 | FBN: 0949566 |
| Slater Legal PLLC | COPPINS MONROE, P.A. |
| 113 S. Monroe Street | 2316 Killearn Center Boulevard, Ste 202 |
| Tallahassee, FL 32301 | Tallahassee, Florida 32309 |
| james@slater.legal | Telephone: (850) 422-2420 |
| alicia@slater.legal | Facsimile: (850) 422-2730 |
| eservice@slaterlegal.com | gadkins@coppinsmonroe.com |
| | jclark@coppinsmonroe.com |
| | kwillis@coppinsmonroe.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS BILLY WOODS, AS SHERIFF OF MARION COUNTY, FLORIDA, CAPTAIN ROBERT ANDREW WALTERS, SERGEANT ASHLEIGH SNODGRASS, CORPORAL ARNAULT CANELLE, CORPORAL JORDAN ORTEGA, DEPUTY CARL HOLMER, DEPUTY CHRISTOPHER KRISTENSEN, DEPUTY XAVIER MCMILLER, DEPUTY DEMONTRA SMITH, and DEPUTY SA'QUAN WYMAN |