# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

PAMELA C. WHITLEY,

    Plaintiff,

v.                                             Case No: 5:23-cv-684-JSM-PRL

BILLY WOODS,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Notice of Resolution and Stipulation of Dismissal with Prejudice of Sheriff Woods.(Dkt. 21). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice as to Sheriff Woods, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of June, 2024.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record